_____ FILED _____ LODGED
_____ RECEIVED

**Apr 3 2024**

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

The Honorable Theresa L. Fricke

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASIIINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>DONALD ROBERT HARTTLET,<br><br>Defendant. | CASE NO.  3:24-mj-05099<br><br>COMPLAINT for VIOLATION<br><br>Title 18, U.S.C. Section 922(g)(1) |

BEFORE, Theresa L. Fricke, United States Chief Magistrate Judge, United States Courthouse, Tacoma, Washington.

The undersigned complainant being duly sworn states:

## COUNT ONE

**(Unlawful Possession of a Firearm)**

On or about April 2, 2024, in Pierce County, within the Western District of Washington, DONALD ROBERT HARTTLET, knowing he had been convicted of the following crime punishable by a term of imprisonment exceeding one year:

i.    *Possession of Heroin with Intent to Distribute*, in United States District Court in the Western District of Washington, under case number 3:18-CR-05266, on or about October 2, 2018, with a sentence imposed of 60 months and 1 day;

Complaint - 1
*United States v. Harttlet*
USAO No. 2024R00346

ii.    *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in United States District Court in the Western District of Washington, under case number 3:18-CR-05266, on or about October 2, 2018, with a sentence imposed of 60 months and 1 day;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, firearms, to wit: Sig Sauer P365, 9mm caliber pistol, Glock 23, .40 caliber pistol and a Sota Arms PA15 .300 Blackout caliber semi-automatic rifle that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO

### (Unlawful Possession of a Firearm - Silencer)

On or about April 2, 2024, in Pierce County, within the Western District of Washington, DONALD ROBERT HARTTLET, knowing he had been convicted of the following crimes punishable by a term of imprisonment exceeding one year:

i.    *Possession of Heroin with Intent to Distribute*, in United States District Court in the Western District of Washington, under case number 3:18-CR-05266, on or about October 2, 2018, with a sentence imposed of 60 months and 1 day;

ii.    *Possession of a Firearm in Furtherance of a Drug Trafficking Crime*, in United States District Court in the Western District of Washington, under case number 3:18-CR-05266, on or about October 2, 2018, with a sentence imposed of 60 months and 1 day;

did knowingly possess, and did aid and abet the possession of, in and affecting interstate and foreign commerce, firearms, to wit: one Dead Air silencer and one black in color unmarked silencer, that had been shipped and transported in interstate and foreign commerce.

All in violation of Title 18, United States Code, Section 922(g)(1).

Complaint - 2
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

And the complainant states that this Complaint is based on the following information:

I, Eric C. Rodenberg, being first duly sworn on oath, depose and say:

### AFFIANT BACKGROUND AND EXPERIENCE

1.    I am an "investigative or law enforcement officer of the United States" within the meaning of Title 18, United States Code, Section 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of, and to make arrests for, offenses enumerated in Title 18, United States Code, Section 2516. I am a Special Agent of the United States Department of Justice, Drug Enforcement Administration (DEA), and have been so employed since August 2019. I am currently assigned to the DEA Seattle Field Division, Tacoma Resident Office.

2.    I received 16 weeks of specialized drug law enforcement training at the DEA training academy in Quantico, Virginia, from August 2019 to December 2019. The training curriculum covered all aspects of drug investigations, including identification of controlled substances, physical and electronic surveillance, utilization of confidential sources, interview techniques, undercover operations, financial investigations, and the general operation of drug trafficking organizations.

3.    While working as a Special Agent, I have been involved in the investigation of individuals and organizations involved in the manufacture, transportation and distribution of controlled substances. I have participated in the execution of search warrants for violations of federal and state drug laws. I have conducted surveillance operations and have become familiar with the methods used by individuals engaged in the manufacture, transportation and distribution of controlled substances. I have also consulted with other Special Agents that have monitored informant conversations with drug traffickers, and have monitored drug-related conversations between drug traffickers as part of court-authorized interception of wire communications. In light of the foregoing, I am familiar with the manner in which illegal drugs are manufactured, transported, stored, and distributed; the methods of payment for such drugs; and the methods of laundering drug proceeds.

Complaint - 3
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

4.      Prior to working for the DEA, I was employed with the Kent Police Department in Kent, WA. I was assigned to the patrol division from June 2018 to August 2019. While working at the Kent Police Department, I came in contact with individuals using and selling drugs on a daily basis. As such, I became familiar with the different tactics used to conceal drugs as well as the different methods used to transport and speak about drugs. This includes the use of coded language when speaking about drugs, which is a common way for drug dealers and users to communicate.

5.      Prior to working with the Kent Police Department, I was employed with the Missouri State Highway Patrol (MSHP) from July 2013 to May 2018. While working with the MSHP, I received over 1400 hours of specialized law enforcement training at the MSHP training academy. The curriculum covered subjects such as investigative skills, interview and interrogation techniques, enforcement of various laws, building searches, firearms marksmanship, and physical training. Following the academy, I enrolled in the Drug Recognition Expert (DRE) program, and was trained to identify drugs and the physical symptoms associated with their use.

6.      During the course of my law enforcement career, I have been involved in investigations of numerous criminal offenses, including the offenses involved in the current investigation. I have participated in criminal investigations of illicit drug trafficking organizations, ranging from street-level dealers to major dealers, to include drug trafficking organizations linked to Mexico, Puerto Rico, Dominican Republic, and Colombia. These investigations have also included the unlawful importation, possession with intent to distribute, and distribution of controlled substances; the related laundering of monetary instruments; the conducting of monetary transactions involving the proceeds of specified unlawful activities; and conspiracies associated with criminal narcotics offenses. These investigations have included use of the following investigative techniques: confidential informants; undercover agents; analysis of pen register and toll records; physical and electronic surveillance; wiretaps; and the execution of search warrants. I have also interviewed defendants at the time of their arrests and have debriefed, spoken with, or interviewed numerous drug dealers or confidential sources

Complaint - 4
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

(informants) at proffer interviews who were experienced in speaking in coded conversations over the telephone. I have gained knowledge regarding the various methods, techniques, codes, and/or jargon used by drug traffickers in the course of their criminal activities, including their use of cellular telephones and other electronic devices to facilitate communications while avoiding law enforcement scrutiny. I have participated in and planned the execution of search warrants of locations associated with drug traffickers and their co-conspirators, such as residences, storage facilities, and vehicles.

7. I have authored, planned, and participated in the execution of search warrants authorizing the search of locations associated with drug traffickers and their co-conspirators, such as residences, businesses, storage facilities, and vehicles. Additionally, I have authored and supervised the execution of dozens of tracking warrants, including multiple state and federal tracking warrant affidavits for vehicles and cellular telephones. I have testified at grand jury proceedings and written reports in the course of investigations. These investigations have resulted in numerous state and federal prosecutions of individuals who have possessed, imported, or distributed controlled substances, including methamphetamine, heroin, cocaine, and fentanyl, as well as the seizure of those illegal drugs and the proceeds from their sale. The facts set forth in this Affidavit are based on my own personal knowledge; knowledge obtained from other individuals during my participation in this investigation, including other law enforcement personnel; review of documents and records related to this investigation; communications with others who have personal knowledge of the events and circumstances described herein; and information gained through my training and experience. Because this Affidavit is submitted for the limited purpose of establishing probable cause in support of the Application for a search warrant and pen register/trap and trace device, it does not set forth each and every fact that I or others have learned during the course of this investigation.

### HARTTLET'S PRIOR CONVICTION

8. Judge Ronald B. Leighton previously convicted Donald HARTTLET of Possession of Heroin with Intent to Distribute in violation of 21 U.S.C. §§841(a)(1),

Complaint - 5
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

841(b)(1)(C), and 18 U.S.C. §2, and Possession of a Firearm in Furtherance of a Drug Trafficking Crime in violation 18 U.S.C. §§924(c)(1)(A) and 2. Judge Leighton sentenced HARTTLET to 60 months consecutive on each count, followed by five year's supervised release. HARTTLET was on Washington State Department of Corrections supervision for multiple drug possession convictions during the time of the 2018 arrest.

9. HARTTLET began his federal term of supervision in October 2022. He was not compliant with supervision, and incurred four violations during this time.

### SEARCH WARRANT EXECUTION: APRIL 2, 2024

10. On March 27, 2024, agents from the Tacoma Drug Administration Office secured a search warrant for Donald R. HARTTLET, hereinafter HARTTLET, as well as his residence at 3013 Bridgeport Way West, Unit A, University Place, Washington, and a storage unit at 2415 70th Avenue West, #31, University Place, Washington.

11. On April 2, 2024, agents began surveillance of HARTTLET in anticipation to serve the three search warrants acquired previously. Agents observed as HARTTLET left his residence in a black Lexus passenger car, with Washington registration CCE5400, accompanied by an additional unidentified male. Agents had observed HARTTLET driving the black Lexus for multiple days leading up to the execution of the search warrants. Agents followed as HARTTLET drove the Lexus to a gas station nearby his residence and then continued to the Advanced Auto Parts at 3735 S Pine St, Tacoma, Washington. After exiting the Lexus and entering the Advanced Auto Part store, agents placed HARTTLET and the unidentified passenger into custody.

12. Following that, agents returned to the area of the residence on Bridgeport Way West and executed the search warrant on the apartment home, Unit A. Renee MCKINNEY, HARTTLET's girlfriend, was inside the home along with HARTTLET's niece, a juvenile, and an infant. Simultaneous to the apartment search, agents executed the search warrant on the storage unit, #31. No one was located inside the storage unit.

*Person*:

13. Upon searching HARTTLET's person, agents recovered a small bag of blue M-30 pills in his pants pocket, which are suspected to contain Fentanyl. Although

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

the pills were not field tested by agents, they appeared to be similar to the blue M-30 pills purchased and/or seized on many occasions by agents. These types of pills have tested positive for the presence of Fentanyl.

*Vehicle*:

14.     Agents then searched the black Lexus car HARTTLET was driving. In the front seat of the Lexus, agents found a black coat. Agents saw HARTTLET wearing the coat earlier in the morning. Inside the pocket of the coat was a loaded Sig Sauer P365 9mm pistol. Underneath the driver's seat of the Lexus was a loaded Glock 23 .40 caliber pistol. In the trunk of the Lexus was a black bag which contained two weapon silencers along with a loaded Sota Arms PA15 .300 Blackout caliber semi-automatic rifle.

*Residence*:

15.     During the search of the residence at 3013 Bridgeport Way W, Unit A, University Place, Washington, agents found many firearms parts. In a closed tub on the patio, where agents observed HARTTLET going earlier in the morning, agents found another three weapon silencers, 4 rifle uppers[1], 2 rifle lowers, 9 5.56 caliber magazines, 4 .40 caliber magazines, 5 10 mm caliber magazines, over 20 9mm caliber magazines, several of which had the capability to hold more than 20 rounds, along with hundreds of rounds of different caliber ammunition. Additionally in the upstairs bedroom where MCKINNEY's documents were found, agents found another 4 new unopened 5.56 caliber magazines, 3 new unopened .45 caliber pistol magazines and 1 .40 caliber magazine drum.

*Storage Unit:*

16.     During the search of the storage unit at 2415 70th Ave W, #31, University Place, Washington, agents only found a single bullet inside with the different mechanical items stored inside[2].

---

[1] When a typical semi automatic rifle is disassembled, the rifle is broken into two parts, the upper which contains the barrel, and the lower, which contains the trigger, handle and butt of the rifle.

[2] Although no weapons were found and just the one round, agents observed what appeared to be many different bullet holes in the back wall of the storage unit.

Complaint - 7
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800

*Interview*:

17.     Agents read HARTTLET his *Miranda* warnings after being detained and he agreed to speak with investigators. HARTTLET initially provided information to agents about people inside the residence. However, HARTTLET was less cooperative as he continued to speak with agents.

18.     HARTTLET said he did not know who the Lexus belonged to, even though he was seen driving it. Agents asked about the coat in the driver's seat of the Lexus, which HARTTLET was observed wearing earlier in the morning; HARTTLET said he did not know whose coat it was. When agents asked HARTTLET about the blue M-30 pills found in his pants pockets, he replied they were not his pants.

19.     Based on the above facts, I respectfully submit that there is probable cause to believe that Donald R. HARTTLET did knowingly and intentionally possess firearms, in violation of Title 18, United States Code, Section 922(g)(1).

_____
Eric C. Rodenberg, Complainant
Special Agent, Drug Enforcement
Administration

Based on the Complaint and Affidavit, to which the above-named agent provided a sworn statement attesting to the truth of the contents of such, the Court hereby finds that there is probable cause to believe the defendant committed the offenses set forth in the Complaint.

Dated this 3rd day of April, 2024.

_____
The Honorable Theresa L. Fricke
United States Chief Magistrate Judge

Complaint - 8
*United States v. Harttlet*
USAO No. 2024R00346

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
253- 428-3800